AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CHASTIDI CORREA,<br>an Individual,<br><br>*Plaintiff(s)*<br>v.<br>GARY V. CAPLAN,<br>as Trustee of the Gary V. Caplan and Brenda<br>P. Caplan Joint Revocable Trust Agreement,<br><br>*Defendant(s)* | Civil Action No.<br><br>0:21-cv-60232-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GARY V. CAPLAN,
as Trustee of the Gary V. Caplan and Brenda P. Caplan
Joint Revocable Trust Agreement
6914 Caviro Lane
Boynton Beach, FL 33437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Louis Mussman, Esq.
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan 29, 2021



Angela E. Noble
Clerk of Court

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts